UNITED STATES of America,
Plaintiff–Appellee,

v.

Joy Basa ROY, Defendant–Appellant.

No. 12–10315.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 14, 2013.*

Filed Aug. 19, 2013.

John Gregory Damm, Esquire, Assistant U.S., USLV–Office of the U.S. Attorney,

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

Las Vegas, NV, Elizabeth Olson White, Esquire, Assistant U.S., USRE–Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Todd M. Leventhal, Esquire, Special Counsel, Leventhal And Associates, Las Vegas, NV, for Defendant–Appellant.

Joy Basa Roy, pro se.

Before: SCHROEDER, GRABER, and PAEZ, Circuit Judges.

## MEMORANDUM **

Joy Basa Roy appeals from the district court's judgment and challenges her guilty-plea conviction and 24–month sentence for income tax evasion, in violation of 26 U.S.C. § 7201. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Roy's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Roy the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Roy has waived her right to appeal her conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED.**